OCTOBER 14, 1968.

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. Case set for argument on supplemental decrees proposed by the United States and the State of Texas. Motion of the State of Louisiana for additional time for oral argument on supplemental decree applicable to it denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of these matters. *Jack P. F. Gremillion,* Attorney General of Louisiana, *John L. Madden,* Assistant Attorney General, and *Victor A. Sachse, Paul M. Hebert, Thomas W. Leigh, W. Scott Wilkinson, J. B. Miller, Oliver P. Stockwell, J. J. Davidson,* and *Frederick W. Ellis,* Special Assistant Attorneys General, on the motion. [For earlier order herein, see 391 U. S. 910.]

No. 19. UNIVERSAL INTERPRETIVE SHUTTLE CORP. *v.* WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, 390 U. S. 943.] Motion of respondent Washington Metropolitan Area Transit Commission to preclude argument on question not in issue, and the motion of respondent D. C. Transit System, Inc., to clarify the status of question regarding D. C. Transit System's franchise, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *Russell W. Cunningham* for respondent Washington Metropolitan Area Transit Commission, and *Manuel J. Davis* for respondent D. C. Transit System, Inc., on the motions. *Jeffrey L. Nagin* and *Ralph S. Cunningham, Jr.,* for petitioner. *Solicitor General Griswold* for the United States, as *amicus curiae,* and *Mr. Davis* for respondent D. C. Transit System, Inc., in opposition to the motion of respondent Washington Metropolitan Area Transit Commission.